James T. Vaughn Correctionnal Center
1181 Paddock Road
Smyrna, DE  19977
November 21, 2017

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   **Parker v. Senato**
            **1:16-cv-00979-RGA**

Dear Judge Andrews:

    This is to advise the Court for two months plaintiff in above entitled housed in the infirmary. Mr. Parker, lack use of hands and other parts of body.

    The nature of Mr. Parker's illness, I'm unaware, as per Mr. Parker's request prepared litigation. I feel required convey his health status, to prevent dismissal of action for failure to prosecute.

    The Court's attention to this matter most appreciated.

Sincerely,

Robert Saunders, 052590

RS:rs
xc:  Clerk of the Court
      Roopa Sabesan, Deputy Attorney General